UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-00182-CKD |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| STANISLAV CARPENCO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STANISLAV CARPENCO ,

Case No.  2:15-mj-00182-CKD  from custody for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $  50,000, cosigned by father.

____   Appearance Bond with 10% Deposit

____   Appearance Bond with Surety

____   Corporate Surety Bail Bond

**X**   (Other): Pretrial services conditions, and third-party custody of father.

Issued at Sacramento, California on September 14, 2015 at  2:55 pm

By: _____

Magistrate Judge Carolyn K. Delaney